UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
921 Ohio St., Rm. 104
Terre Haute, IN 47807

SF07043 (rev 03/2013)

In re:

**Cobblestone Log Homes Inc.**,
     Debtor(s).

Case No. **12–81337–FJO–7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on May 6, 2013, by Trustee Richard W Lorenz.

NOTICE IS GIVEN that all scheduled assets will be abandoned from the estate **except** 3646 STRAIGHT LINE RD, FREEDOM, IN 47431. Any objection to the proposed abandonment of property must be filed with the Court by May 21, 2013. Objections should comply with S.D.Ind. B–9013–1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after May 21, 2013.

NOTICE IS FURTHER GIVEN that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by August 7, 2013 in order to share in any distribution from the estate.** A Proof of Claim (Form B10) can be found at http://www.uscourts.gov/bkforms under Part 1 (Official Forms) or can be obtained from any bankruptcy clerk's office.

Parties with a CM/ECF account must file claims electronically. Individuals or those not filing electronically must submit to the Court the following items:

- Proof of Claim with original signature
- Attachments, if any
- Copy of the Proof of Claim
- Self–addressed, stamped envelope

Once processed, the Court will return the original Proof of Claim in the self–addressed, stamped envelope. Parties are required to keep an original for three years or until the case is closed, whichever is earlier.

Dated:  May 7, 2013

                                      Kevin P. Dempsey
                                      Clerk, U.S. Bankruptcy Court