United States Bankruptcy Court
Southern District Of Indiana
Terre Haute Division

In re:                                              )
                                                    )
Cobblestone Log Homes, Inc.                         )     Case No.   **12-81337**   -FJO-7A
                                                    )
       Debtor Corporation                           )

**TRUSTEE'S PETITION TO SELL REAL ESTATE AT PRIVATE SALE
FREE AND CLEAR OF LIENS WITH LIENS TO ATTACH TO THE PROCEEDS**

Comes now, Richard W. Lorenz, Trustee, in the above-entitled bankruptcy, respectfully shows the Court as follows:

1. That the above named Debtor filed his Chapter 7 bankruptcy petition, schedules and forms on November 15, 2012;

2. That the Trustee is the duly qualified and acting Trustee in the above-entitled bankruptcy estate;

3. That the Trustee has as one of the assets of the estate real estate identified as Asset #1 - 3646 Straight Line Road, Freedom, in Owen County, Indiana, more particularly described as follows:

   Tract 1:
   A part of the Northwest Quarter of the Northwest Quarter of Section 7, Township 9 North, Range 4 West of the Second Principal Meridian and located in Franklin Township, Owen County, Indiana being more particularly described as follows:

   BEGINNING at a iron pin marking the Northwest corner of the Northwest Quarter of said Section 7; thence South 89 degrees 40 minutes 00 seconds East on the North line of said Northwest Quarter, also being the Centerline of Goose Creek Road for a distance of 545.38 feet to a railroad spike set; thence South 00 degrees 02 minutes 59 seconds East for a distance of 664.83 feet to a rebar stamped Deckard; thence North 89 degrees 38 minutes 04 seconds West for a distance of 536.69 feet to the West line of said Northwest Quarter, also being the Centerline of Straight Line Road marked by a railroad spike; thence continuing on said West line North 00 degrees 47 minutes 58 seconds West for a distance of 664.64 feet to the Point of Beginning, containing 8.26 cares more or less.

4. That the Trustee believes the current market value of said personal property is $18,500;

5. That the Trustee proposes to sell said real property pursuant to an undisclosed and existing real estate contract dated the 18th day of July 2007, at private sale to: Ronald M. Church and Alice Church of 3646 Straight Line Road, Freedom, Indiana 47431 for the lump-sum of Eighteen Thousand Two Hundred Fifty-eight Dollars and 19/100 ($18,258.19), the same being the remaining contract balance under the contract;

6. Following the contract described in rhetorical paragraph 5, the Debtor, individually and in his corporate capacity conveyed the subject real estate to "Cobblestone Log Homes, Inc., David Bull, Peggy Bull, and Cobblestone Development Corp" and the Trustee has jurisdiction over all of the entities and individuals by reason of the adversary proceedings #10-58052 and #11-58011 in the individual David Bull case #10-80541 and in the corporate bankruptcy of Cobblestone Log Homes, Inc., case #12-81337.

7. The Trustee proposes to split and allocate the net proceeds of the real estate sale into the respective David Bull bankruptcy and the Cobblestone Log Homes, Inc. corporate bankruptcy.

8. That it is necessary for the Trustee to sell said personal property to liquidate this estate and pay claims in the best interest of the bankruptcy estate.

**WHEREFORE**, said Trustee prays the Court enter an order authorizing the sale of said real property as described herein for the lump-sum of Eighteen Thousand Two Hundred Fifty-eight Dollars and 19/100 ($18,258.19), and for all other relief which is proper in the premises.

Dated:  June 17, 2013

/s/ Richard W. Lorenz
Richard W. Lorenz, Trustee
P.O. Box 46
Spencer, IN  47460-0046
Phone: (812) 829-5832
Email:  trustee@hickamlorenz.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013, a copy of the foregoing *Trustee's Petition to Sell Real Estate at Private Sale, Free and Clear of Liens with Liens to Attach to the Proceeds* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Richard W Lorenz     lgreenwell@hickamlorenz.com
- Robert D. McMahan     tiffany@mcmahanlaw.net, tiffanyennen@yahoo.com
- Courtney Michelle Scott     cscott1@dor.in.gov
- B. Scott Skillman     scott.skillman@gmail.com, G1546@notify.cincompass.com
- U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

I further certify that on June 17, 2013, a copy of the foregoing *Trustee's Petition to Sell Real Estate at Private Sale, Free and Clear of Liens with Liens to Attach to the Proceeds* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Cobblestone Log Homes Inc.
7600 US 231
Freedom, IN 47431

Harold & Jane King
c/o Christine L. Zook
403 E. 6th Street
Bloomington, IN  47408-4098

David Bull
7600 S. U.S. 231
Freedom, IN  47431

/s/ Richard W. Lorenz
Richard W. Lorenz
Chapter 7 Trustee
P.O. Box 46
Spencer, IN  47460
Phone:  (812) 829-5832
Email:  trustee@hickamlorenz.com